**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60680-CIV-SMITH**

PETER SHRAMKO,

Plaintiff,

v.

BANK OF AMERICA CORP.,

Defendant.
_____________________________________/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 12] of Magistrate Judge Patrick M. Hunt on Defendant's Motion to Dismiss (the "Motion") [DE 6]. On April 6, 2026, Defendant, Bank of America Corp. ("Defendant"), moved to dismiss the Complaint, [DE 1-2], arguing that Plaintiff, Peter Shramko's ("Plaintiff"), claims are time-barred and Plaintiff fails to state a claim. Plaintiff did not respond to Defendant's Motion. On October 15, 2026, Magistrate Judge Hunt issued his Report, recommending that the Court grant Defendant's Motion and dismiss Plaintiff's Complaint without prejudice. Neither party objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*,

208 F. App'x 781, 784 (11th Cir. 2006). Because neither party has objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Hunt's well-reasoned analysis and conclusion that Defendant's Motion [DE 6], should be granted. Accordingly, it is

**ORDERED**

1. Magistrate Judge Hunt's Report and Recommendation, [DE 12], is **ADOPTED** in full.
2. Defendant's Motion, [DE 6], is **GRANTED**.
3. Plaintiff's Complaint [DE 1-2] is **DISMISSED without prejudice**.
4. All pending motions otherwise not ruled upon are **DENIED as moot.**
5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of November, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record